**GIBBS LAW GROUP LLP**
Eric H. Gibbs (SBN 178658)
David Stein (SBN 257465)
Steven Lopez (SBN 300540)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
Email: ds@classlawgroup.com
Email: sal@classlawgroup.com

**GREENSTONE LAW APC**
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

*Interim Class Counsel*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KATHLEEN A. CADENA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR COMPANY, INC., a California corporation, <br><br> Defendant. | Case No. 2:18-cv-4007-MWF (PJWx) <br><br> Assigned to Hon. Michael W. Fitzgerald <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF MARTHA BUSTAMANTE** |

STIP. OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Martha Bustamante hereby notices her voluntary dismissal without prejudice of her claims against Defendant American Honda Motor Co., Inc.

Respectfully submitted,

Dated: January 5, 2021   **GREENSTONE LAW APC**

By: */s/ Mark S. Greenstone*
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

Dated: January 5, 2021   **GIBBS LAW GROUP LLP**

By: */s/ David Stein*
David Stein
Eric H. Gibbs
David Stein
Steven Lopez
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
Email: ehg@classlawgroup.com
Email: ds@classlawgroup.com
Email: sal@classlawgroup.com

*Interim Class Counsel*

| | | |
|---|---|---|
| 1 | Dated: January 5, 2021 | SHOOK HARDY AND BACON LLP |
| 2 | | By: /s/ *Amir M. Nassihi* |
| 3 | | Darlene M. Cho |
| 4 | | M. Kevin Underhill |
| | | Michael L. Mallow |
| 5 | | Samantha K. N Burnett |
| 6 | | Amir M. Nassihi |
| | | 2049 Century Park East Suite 3000 |
| 7 | | Los Angeles, CA 90067 |
| 8 | | 424-285-8330 |
| | | Fax: 424-204-9093 |
| 9 | | Email: dcho@shb.com |
| 10 | | Email: kunderhill@shb.com |
| | | Email: mmallow@shb.com |
| 11 | | Email: sburnett@shb.com |
| 12 | | Email: anassihi@shb.com |
| 13 | | *Counsel for Defendant* |

## **ATTESTATION**

I, Mark S. Greenstone, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2021                    *s/ Mark S. Greenstone*
                                          Mark S. Greenstone

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 5, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 5, 2021, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone