| | |
|---|---|
| 1 | SHOOK, HARDY & BACON L.L.P. |
| | Amir Nassihi (SBN 235936) |
| 2 | anassihi@shb.com |
| 3 | M. Kevin Underhill (SBN 208211) |
| | kunderhill@shb.com |
| 4 | 555 Mission Street, Suite 2300 |
| | San Francisco, CA 94105 |
| 5 | Tel: (415) 544-1900 \| Fax: (415) 391-0281 |
| 6 | |
| | Michael Mallow (SBN 188745) |
| 7 | mmallow@shb.com |
| | Mark D. Campbell (SBN 180528) |
| 8 | mdcampbell@shb.com |
| 9 | 2121 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 10 | Tel: (424) 285-8330 \| Fax: (424) 204-9093 |
| 11 | Attorneys for Defendant |
| | AMERICAN HONDA MOTOR CO., INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ADAMS, et al. ("CADENA"), | Case No.: 2:18-cv-04007-MWF-MAA |
| Plaintiffs, | Assigned to Hon. Michael W. Fitzgerald |
| v. | **AMERICAN HONDA MOTOR COMPANY INC'S SUPPLEMENTAL NOTICE OF ISSUES IN ADVANCE OF THE FINAL PRETRIAL CONFERENCE** |
| AMERICAN HONDA MOTOR CO., INC., et al., | |
| Defendant. | Final Pretrial Conference: February 24, 2026 |
| | Time: 10:00 a.m. |
| | Trial Date: March 17, 2026 |

AHM'S SUPPLEMENTAL NOTICE
Case No. 2:18-cv-04007-MWF-MAA

1  **TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      Defendant American Honda Motor Co., Inc. ("AHM") hereby submits this
4  supplemental notice to apprise the Court of certain issues in advance of the Final
5  Pretrial Conference. AHM will be prepared to discuss these issues in further detail at
6  the Final Pretrial Conference.
7      1. As the Court is aware, the National Highway Traffic Safety Administration
8         ("NHTSA"), opened a Preliminary Evaluation of the subject class vehicles
9         in February of 2022 for "[i]nadvertent or unexpected activation of the
10        automatic emergency braking system may cause rapid vehicle deceleration
11        which increases risk of a collision." In April of 2024, NHTSA upgraded its
12        investigation to an Engineering Analysis. Last week, there was a significant
13        development that could directly impact the upcoming trial and the issues
14        being presented therein.
15     2. On February 10, 2026, the Court issued a minute order regarding jury
16        instructions, noting, *inter alia*, "[e]ach party may submit a maximum of five
17        (5) substantially altered or revised instructions." Pursuant to Federal Rule of
18        Civil Procedure 60, AHM seeks to move for relief from the Court's order
19        (ECF No. 451) limiting the Parties to a maximum of five revised jury
20        instructions. AHM has filed an offer of proof in Appendix A of its proposed
21        jury instructions addressing additional, necessary instructions for the jury in
22        light of the distinct claims, defenses, and damages frameworks presented by
23        this class action. *See* ECF No. 456.
24 //
25 //
26 //
27
28

3. As addressed in the Parties' proposed final pretrial conference order, AHM intends to file a motion to bifurcate trial of the statute of limitations issues under Federal Rule of Civil Procedure 42.

Dated: February 23, 2026

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir Nassihi*
        Amir Nassihi

Attorneys for Defendant
American Honda Motor Co., Inc.