UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 18-4007-MWF (MAAx)                    **Date:**  February 26, 2026

**Title:**   Kathleen Cadena, et al. v. American Honda Motor Co., Inc.

**Present:**  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**     ORDER SETTING FURTHER PRETRIAL CONFERENCE AND OUTSTANDING TRIAL ISSUES

As the parties are aware, the Court indicated at the Final Pretrial Conference held on February 24, 2026, that a further pretrial conference would be necessary to address several issues.

The Court hereby **SETS** the further pretrial conference for Wednesday, **March 11, 2026**, **at 3:00 p.m.**  The conference shall take place remotely by Zoom.

There were additional issues discussed at the hearing that the Court will address below.

## I.     BIFURCATION OF TRIAL

First, as the parties are aware from the February 24 Conference, the Court is of the tentative view that the trial should be bifurcated to first address the California and New York class claims pursuant to Rule 42(b), with a second trial to be set for the other state classes.  The Court tentatively finds that such a bifurcation would promote judicial economy and expedite the trial in several ways, most importantly by significantly simplifying the issues and questions for the jury.  As the parties are well aware and as the Court expressed at the hearing, the jury instructions and verdict forms proposed by the parties represent a nearly impossible task as they currently stand, even if the Court were inclined to significantly restructure either document.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 18-4007-MWF (MAAx)          **Date:** February 26, 2026
**Title:** Kathleen Cadena, et al. v. American Honda Motor Co., Inc.

As discussed at the hearing, the Court understood that counsel would confer with their clients on this proposed bifurcation. Accordingly, the parties shall submit their written objections to such bifurcation, if any, by Tuesday, **March 3, 2026**.

## II.    STATUTE OF LIMITATIONS BRIEFING

Second, as was discussed at the Conference, the parties shall brief the statute of limitations issues for California and New York in advance of trial. Specifically, Defendant contended that certain class claims for these two states would be barred by the statute of limitations, and Plaintiffs responded that the undisputed facts about the dates the vehicles were purchased in these states disposes of the statute of limitations defense as a matter of law. Given these representations from the parties in their pretrial filings and at the hearing, the Court hereby **ORDERS** the parties to brief the question of whether the statute of limitations defense should not apply to the California and New York classes as a matter of law by the following schedule:

- Plaintiffs shall file an opening brief not more than 20 pages in length that puts forward their argument as to why the statute of limitations does not apply as a matter of law to the California and New York class claims. Plaintiffs shall file the opening brief by Monday, **March 2, 2026.**

- Defendant shall file any opposition brief as to these issues, not more than 20 pages in length, by Friday, **March 6, 2026.**

The Court will hear oral argument on the statute of limitations issue at the further Pretrial Conference.

## III.    TRIAL HOUSEKEEPING MATTERS

Finally, at the February 24 Conference, Defendant's counsel requested a brief continuance of trial from the current date of March 17, 2026. Plaintiffs' counsel indicated that it would prefer trial to commence on either Thursday or Friday of that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 18-4007-MWF (MAAx)          **Date:** February 26, 2026
**Title:**    Kathleen Cadena, et al. v. American Honda Motor Co., Inc.

same week. Accordingly, the Court hereby **CONTINUES** the trial to Thursday, **March 19, 2026**.

     Finally, the Court notes that it did not discuss the length of trial at the February 24 Conference. The parties' Joint Notice of Current Estimate of Trial Time submitted on January 12, 2026, indicated the parties each would request 20 hours of trial time, including opening statements and closing arguments but excluding voir dire, amounting to 40 hours total. (Docket No. 405). Considering that voir dire will now take place on Thursday, March 19, 2026, and in light of the bifurcation, each side shall have 18 hours, which includes opening statements and closing arguments.

     The Court notes that there is another jury trial set to begin on April 7, 2026, so the parties will be strictly held to their time limits given that the parties will have eight, five-hour court days to try the action. The Court will discuss at the further Pretrial Conference the time limits for openings and closings.

## IV. CONCLUSION

     For ease of reference, the Court reiterates the dates and deadlines set forth above:

- By Monday, **March 2, 2026**, Plaintiffs shall file their opening brief on whether the Court may adjudicate the statute of limitations issues for the California and New York classes as a matter of law. Such a brief shall not exceed 20 pages.
- By Tuesday, **March 3, 2026**, each party shall file its objections (if any) to the bifurcation of trial, whereby California and New York class claims shall be tried at the currently scheduled trial and the other states' class claims shall be tried in a second trial.
- By Friday, **March 6, 2026**, Defendant shall file any opposition to the statute of limitations arguments made by Plaintiffs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 18-4007-MWF (MAAx)                    **Date:**  February 26, 2026
**Title:**      Kathleen Cadena, et al. v. American Honda Motor Co., Inc.

- The Court hereby **SETS** a further Pretrial Conference for **March 11, 2026** at 3:00 p.m.
- The Court hereby **CONTINUES** trial to commence on **March 19, 2026**. Each side shall have 18 hours, including openings and closings, to try the case.

IT IS SO ORDERED.