**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 3/30/26                    Time: 2:22 PM

Case Name: *Roxana Cardenas, et al. v. American Honda Motor Company, Inc.*
Case Number: CR 18-4007-MWF(MAAx)

**JURY NOTE NO.** ___1___

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

~~UNANIMOUS~~ WE HAVE YET TO BE ABLE
TO UNAMIOUSLY ALIGN ON 2 OF 3 QUESTIONS.
PLEASE ADVISE HOW LONG WE ARE OBLIGATED TO
DELIBERATE IF WE CANNOT REACH A CONSENSUS?

3/30/26
Date

Signature of Foreperson of the Jury