**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 3/31/26                                    Time: 1:34 PM conf

Case Name: *Roxana Cardenas, et al. v. American Honda Motor Company, Inc.*
Case Number: CR 18-4007-MWF(MAAx)

### JURY NOTE NO. 2

☐ The Jury has reached a unanimous verdict.

☒ The Jury requests the following:

THE JURY HAS REACHED A UNANIMOUS VERDICT ON 2 OF THE 3 QUESTIONS. WE are AT A STALEMATE FOR 1 OF THE QUESTIONS AND UNABLE TO MOVE FORWARD.

3/31/26
Date

███████████████
Signature of Foreperson of the Jury