FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NFPV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANA CARDENAS, on behalf of herself and the California Class; PETER WATSON, on behalf of himself and the New York Class,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | Case No. 2:18-cv-4007-MWF(MAAx)<br><br>Judge Michael W. Fitzgerald<br><br>**VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

-1-

**QUESTION NO. 1:**

Did Plaintiff Roxana Cardenas and the California Class prove their claim for violation of the Consumers Legal Remedies Act?  (Instruction No. 22).

YES _____          NO _____

*Please answer Question No. 2.*

**QUESTION NO. 2:**

Did Plaintiff Roxana Cardenas and the California Class prove their claim for breach of implied warranty?  (Instruction No. 23).

YES _____          NO ⚊✗⚊

*Please answer Question No. 3.*

**QUESTION NO. 3:**

Did Plaintiff Peter Watson and the New York Class prove their claim for violation of the New York General Business Law § 349?  (Instruction No. 24).

YES _____          NO ⚊✗⚊

*If you answered YES to **either** Question Nos. 1, 2, **or** 3, please move to the next page. If you answered NO to **all** of Question Nos. 1, 2, **and** 3, please sign and return this Verdict Form.*

-2-

*If you answered YES to **either** Question Nos. 1 **or** 2, please answer Question No. 4.  If you answered NO to **both** Question Nos. 1 **and** 2, please move to the next page.*

**QUESTION NO. 4:**

Did Plaintiff Roxana Cardenas and the California Class prove that they overpaid for Class Vehicles at the time of the original sale?  (Instruction No. 25).

YES _____                    NO _____

*If you answered YES to Question No. 4, please answer Question No. 5.  If you answered NO to Question No. 4, please move to the next page.*

**QUESTION NO. 5:**

What was the amount of overpayment at the time of the original sale? (Instruction No. 25).

Per Class Vehicle Accord:

$_____

Per Class Vehicle CR-V:

$_____

*Please move to the next page.*

*If you answered YES to Question No. 3, please answer Question No. 6. If you answered NO to Question No. 3, please sign and return this Verdict Form.*

**QUESTION NO. 6:**

Did Plaintiff Peter Watson and the New York Class prove that they overpaid for Class Vehicles at the time of the original sale?  (Instruction No. 25).

YES _____                    NO _____

*If you answered YES to Question No. 6, please answer Question No. 7. If you answered NO to Question No. 6, please sign and return this Verdict Form.*

**QUESTION NO. 7:**

What was the amount of overpayment at the time of the original sale? (Instruction No. 25).

Per Class Vehicle Accord:

$_____

Per Class Vehicle CR-V:

$_____

*Please move to the next page.*

*If you entered an amount in Question No. 7, please answer Question No. 8. If you did not enter an amount in Question No. 7, please sign and return this Verdict Form.*

**QUESTION NO. 8:**

Was Defendant American Honda's conduct a willful or knowing violation of New York General Business Law § 349?  (Instruction No. 26).

YES _____          NO _____

*Please sign and return this Verdict Form.*

Dated: ___3/31/26___          Signed: ███████████___

Foreperson